AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

VIRLEE OSBORNE, III,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

                                          CASE NUMBER: **3:08-CV-00362-ECR-RAM**

STATE OF NEVADA, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Court will grant Petitioner's request to withdraw his petition(Document #7) pursuant to Rule 41 of the Federal Rules of Civil Procedure. This action is DISMISSED without prejudice to a later timely federal petition following exhaustion of state judicial remedies.

  August 8, 2008         **LANCE S. WILSON**
                                                    Clerk

                                                  /s/ Katie Lynn Ogden
                                                    Deputy Clerk